# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EPPS, | Case No. 2:22-cv-00204-GMN-VCF |
| Petitioner, | **ORDER** |
| v. | |
| DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 22), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for extension of time (second request) (ECF No. 22) is GRANTED. Petitioner will have up to and including January 16, 2023, to file a First Amended Petition.

Dated: November 15, 2022

_____
Gloria M. Navarro, Judge
United States District Court