**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES EPPS, | Case No. 2:22-cv-00204-GMN-VCF |
| Petitioner, | **ORDER** |
| v. | |
| DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 25), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for extension of time (third request) (ECF No. 25) is GRANTED. Petitioner will have up to and including March 17, 2023, to file a First Amended Petition.

Dated: January 17, 2023

_____
Gloria M. Navarro, Judge
United States District Court