UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EPPS, | Case No. 2:22-cv-00204-GMN-VCF |
| Petitioner, | **ORDER** |
| v. | |
| DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 29), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (first request) (ECF No. 29) is GRANTED. Respondents will have up to and including June 14, 2023, to file their response to the second amended petition.

Dated: May 15, 2023

_____
Gloria M. Navarro, Judge
United States District Court