UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EPPS,<br><br>                Petitioner,<br><br>v.<br><br>DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                Respondents. | Case No. 2:22-cv-00204-GMN-VCF<br><br>**ORDER** |

Respondents have filed a motion for extension of time. (ECF No. 33.) This is Respondents' third request for an extension of this deadline. The Court finds good cause to grant the motion, but any future requests for an extension of this deadline will be viewed unfavorably.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (third request) (ECF No. 33) is GRANTED, but any future requests for an extension of this deadline will be viewed unfavorably. Respondents will have up to and including August 14, 2023, to file their response to the second amended petition.

Dated: August 8, 2023

_____
Gloria M. Navarro, Judge
United States District Court