**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES EPPS, | Case No. 2:22-cv-00204-GMN-VCF |
| Petitioner, | **ORDER** |
| v. | |
| DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |

Petitioner James Epps has filed an unopposed motion for extension of time. (ECF No. 43.) This is Epps's first request for an extension of this deadline. The Court finds good cause to grant the motion.

**IT IS THEREFORE ORDERED** that Petitioner James Epps's unopposed motion for extension of time (first request) (ECF No. 43) is GRANTED. Epps has up to and including November 13, 2023, to file his reply brief.

Dated: September 15, 2023

_____
Gloria M. Navarro, Judge
United States District Court