# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EPPS, | Case No. 2:22-cv-00204-GMN-VCF |
| Petitioner, | **ORDER** |
| v. | |
| DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |

Petitioner James Epps has filed an unopposed motion for extension of time. (ECF No. 45.) This is Epps's second request for an extension of this deadline. The Court finds good cause to grant the motion.

**IT IS THEREFORE ORDERED** that Petitioner James Epps's unopposed motion for extension of time (second request) (ECF No. 45) is GRANTED. Epps has up to and including December 28, 2023, to file his reply brief.

Dated: November 13, 2023

_____
Gloria M. Navarro, Judge
United States District Court