**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES EPPS, | Case No. 2:22-cv-00204-GMN-VCF |
| Petitioner, | **ORDER** |
| v. | |
| DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |

Petitioner James Epps has filed an unopposed motion for extension of time. (ECF No. 49.) This is Epps's third request for an extension of this deadline. The Court finds good cause to grant the motion.

**IT IS THEREFORE ORDERED** that Epps's motion for extension of time (ECF No. 49) is GRANTED. Epps has up to and including January 29, 2024, to file his reply to Respondents' answer.

Dated: December 29, 2023

Gloria M. Navarro, Judge
United States District Court