# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EPPS,<br><br>                Petitioner,<br><br>v.<br><br>RONALD OLIVER, et al.,<br><br>                Respondents. | Case No. 2:22-cv-00204-GMN-MDC<br><br>**ORDER GRANTING<br>JOINT STIPULATION**<br><br>**[ECF No. 55]** |

On March 6, 2024, this Court granted Petitioner James Epps's Amended Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, vacating Epps's Judgment of Conviction and ordering the state court to commence jury selection in Epps's retrial within 180 days. (ECF No. 53.) On August 22, 2024, the parties filed a Joint Stipulation to Alter or Amend Judgment. (ECF No. 55.)  In their Stipulation, the parties request that this Court extend the deadline for commencement of Epps's retrial to January 30, 2025, explaining that although Epps's retrial is currently scheduled to commence on September 3, 2024, Epps's state trial counsel and the prosecutor have both sought to continue the trial date. (*Id*.)  This Court finds good cause exists to grant the Stipulation.

It is therefore Ordered that the Joint Stipulation to Alter or Amend Judgment (ECF No. 55) is granted.  This Court's March 6, 2024, Order is amended as follows: the state court shall commence jury selection in Epps's retrial on or before January 30, 2025.

Dated:  August 26, 2024

                                                        Gloria M. Navarro, Judge<br>                                                        United States District Court